LOUIS SHAFARMAN, Appellant, *v.* MAX JACOBS, Impleaded, etc., Respondent.

*Shafarman* v. *Jacobs*, 15 Misc. Rep. 10, affirmed.
(Submitted October 27, 1898; decided November 22, 1898.)

APPEAL from a judgment of the General Term of the late Superior Court of the city of New York, entered December 20, 1895, affirming a judgment in favor of the defendant Max Jacobs, entered upon a decision of the court at a Trial Term dismissing plaintiff's complaint.

*Louis Manheim* for appellant.

*Max Altmayer* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

THE FRANKLIN NATIONAL BANK of the City of New York, Respondent, *v.* ISAAC B. NEWCOMBE et al., Appellants.

*Franklin National Bank* v. *Newcombe*, 1 App. Div. 294, affirmed.
(Argued October 28, 1898; decided November 22, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1896, upon an order affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Treadwell Cleveland* for appellants.

*Philip Carpenter* and *Jonathan C. Ross* for respondent.

Judgment and order affirmed, with costs, on opinion below.
All concur.